**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BUMP BABIES INC., et al., | ) | NO. CV 09-06747 GHK (SSx) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| BABY THE BUMP, INC., et al., | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Defendants. | ) | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Motion for Terminating Sanctions (Docket No. 77), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1   **IT IS ORDERED** that: (1) Plaintiffs' Motion for Terminating
2   Sanctions (Docket No. 77) is GRANTED; (2) Plaintiffs' request for
3   monetary sanctions is DENIED; (3) Defendant's Answer is STRICKEN (Docket
4   No. 48); (4) Default Judgment shall be entered in favor of Plaintiffs
5   and against Defendant on all claims; and (5) Plaintiffs shall file a
6   motion for default judgment regarding the amount of damages to be
7   awarded to Plaintiffs.

9   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on
10  Defendant and counsel for Plaintiffs.

12  **IT IS SO ORDERED.**

14  Dated: October 20, 2011

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE