JS - 6

**FILED: 8/1/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bump Babies, Inc., et al.*, | CASE NO. CV 09-6747-GHK (PLAx) |
|          Plaintiffs, | JUDGMENT |
|          v. | |
| *Baby the Bump Inc., et al.*, | |
|          Defendants. | |

Pursuant to the Court's August 1, 2012 Order, IT IS HEREBY ADJUDGED that:

1) Plaintiffs Bump Babies, Inc., Fund Babeez, LLC, and Renae Plant ("Plaintiffs") **SHALL** jointly have judgment against Defendants Baby the Bump, Inc., Apple and Eve Maternity, LLC, and Velva Lyn Stricker ("Defendants"), jointly and severally, in the total sum of $201,126.88, with interest on this principal amount according to the statutory rate pursuant to 28 U.S.C. § 1961(a).

2) The principal sum of $201,126.88 consists of: $107,592.38 in damages ($27,592.38 in Defendants' profits for trademark infringement, $50,000 in statutory damages for copyright infringement, $25,000 in general damages for libel, and $5,000 in punitive damages for libel), $92,265.00 in attorney's fees, and $1,269.50 in costs.   3) Defendants and any of their officers, directors, principals, agents, representatives, shareholders, partners, employees, successors, assigns, licensees, contractual privities,

and all others acting in active concert or participation with them or otherwise acting on their behalf, who shall receive actual notice of this injunction by personal service or otherwise, are hereby permanently restrained, enjoined, and prohibited from the following:

    (a) importing, manufacturing, distributing, advertising, selling, and/or offering for sale any products using the mark or slogan B.U.M.P. . . . BABY UNDER MOMMY'S PROTECTION, BABY UNDER MOMMY'S PROTECTION, or any other mark or slogan confusingly similar to Plaintiffs' [BUMP] BABY UNDER MANUFACTURING PROCESS registered trademark;

    (b) using Plaintiffs' names, including without limitation "Bump Babies," or any substantial portion of the phrase [BUMP] BABY UNDER MANUFACTURING PROCESS in any advertising, including within website metatags;

    (c) claiming to be or sell "the original B.U.M.P.," "the original Mommy's bump," or "Classic-Baby Under Mommy's Protection" tee, or using any colorable imitations of those phrases or any phrases that carry a similar meaning;

    (d) selling any maternity shirts that include the word BUMP as an acronym; and

    (e) directly or indirectly infringing Plaintiffs' copyrights in any manner, including generally, but not limited to, manufacturing, importating, distributing, advertising, selling, and/or offering for sale any merchandise that infringes Plaintiffs' copyrights that they now have or may acquire in the future, including importing, manufacturing, distributing, advertising, selling, and/or offering for sale any merchandise that represents copies or substantially similar copies of any of Plaintiffs' original shirt designs.

4) Plaintiffs **SHALL** serve this Judgment on Defendants prior to its execution.

5) The Court **SHALL** retain jurisdiction over this action to entertain such further

proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

**IT IS SO ORDERED**.

DATED: August 1, 2012

_____
GEORGE H. KING
United States District Judge